1   PATRICIA DOYLE-KOSSICK, P.L.C.
    P.O. Box 94562
2   Phoenix, Arizona 85070
    Telephone: (480) 222-0291
3   email:  pdk@pdklawfirm.com
    Patricia Doyle-Kossick, 010217
4   Attorneys for Movant

5                    UNITED STATES BANKRUPTCY COURT

6                         DISTRICT OF ARIZONA

7   In re:                              Proceedings in Chapter 11

    **MARCELO R. CAMACHO, JR. AND**     **No.  2:14-bk-13085-EPB**
8   **GINA M. CAMACHO**,

          Debtors.
9
    **FLAGSHIP CREDIT ACCEPTANCE,**     NOTICE OF FILING OF MOTION FOR
10  **LLC**,                            TERMINATION OF THE AUTOMATIC
                                        STAY OF 11 U.S.C. § 362(a) AND
          Movant,                       REQUIREMENT TO FILE RESPONSE
11
    vs.                                 Property:  2014 Chrysler 200
12
    **MARCELO R. CAMACHO, JR. AND**
    **GINA M. CAMACHO**, Debtors and
13  Debtors-in-Possession

14        Respondent.

15        NOTICE IS HEREBY GIVEN that Movant has filed a Motion requesting termination of

16  the automatic stay against lien enforcement with respect to its rights in the following described

17  property:

18        2014 Chrysler 200, VIN 1C3CCBBGXEN163893

19        FURTHER NOTICE IS HEREBY GIVEN that pursuant to local Bankruptcy Rule 4001,

20  if no objection is filed with the Court and a copy served upon Movant's attorney whose address

21  is:

22              Patricia Doyle-Kossick
                Patricia Doyle-Kossick, PLC
                P.O. Box 94562
23              Phoenix, AZ  85070

                              Page 1

WITHIN 14 DAYS of service of this Motion and Notice, the Motion for relief from the automatic stay may be granted without further hearing.

RESPECTFULLY SUBMITTED this 22nd day of August, 2022.

PATRICIA DOYLE-KOSSICK, P.L.C.

*/s/ Patricia Doyle-Kossick, SBN 010217*
Patricia Doyle-Kossick
Attorneys for Movant

Copy of the foregoing mailed
this 22nd day of August, 2022 to:

Marcelo R. Camacho, Jr.
2318 S. Country Club Dr. #1120
Mesa, AZ  85210

Gina M. Camacho
2318 S. Country Club Dr. #1120
Mesa, AZ  85210

Kenneth L. Neeley
Neeley Law Firm, PLC
1120 S. Dobson Rd., Ste. 230
Chandler, AZ  85286

Larry L. Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ  85003-1706

Debtors' list of 20 largest unsecured creditors

*/s/ Patricia Doyle-Kossick*